IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH REGAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY, | : | |
| Defendant. | : | No. 19-3742 |
| | : | |
| | : | |

**ORDER**

AND NOW, this 7th day of April, 2022, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgment (doc. 26) is GRANTED;

2. Judgment is entered in favor of Defendant Temple University and against Plaintiff Keith Regan; and

3. This is a final judgment and the Clerk of Court is instructed to close this matter for statistical purposes.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE